DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| Allstate Ins. Co. v. Stilwell<br><br>Case below:<br>181 N.C. App. 141 | No. 062P07 | Def's (Elizabeth Stilwell) PDR Under N.C.G.S. § 7A-31 (COA05-1393-2) | Denied<br>08/23/07<br><br>**Martin, J., and Hudson, J., Recused** |
|---|---|---|---|
| Braswell v. St. Paul Mercury Ins. Co.<br><br>Case below:<br>181 N.C. App. 605 | No. 129P07 | 1. Plt's PDR Under N.C.G.S. § 7A-31 (COA06-157)<br><br>2. Def's Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied<br>08/23/07<br><br>2. Dismissed as Moot<br>08/23/07 |
| Britt v. May Davis Grp., Inc.<br><br>Case below:<br>182 N.C. App. 175 | No. 164P07 | Def's PDR Under N.C.G.S. § 7A-31 (COA06-782) | Denied<br>08/23/07 |
| Business Cabling, Inc. v. Yokeley<br><br>Case below:<br>182 N.C. App. ——<br>(17 April 2007) | No. 233P07 | Plt's PDR Under N.C.G.S. § 7A-31 (COA06-1255) | Denied<br>08/23/07 |
| Byrd v. Ecofibers, Inc.<br><br>Case below:<br>182 N.C. App. ——<br>(17 April 2007) | No. 229P07 | Def's PDR Under N.C.G.S. § 7A-31 (COA06-807). | Denied<br>08/23/07 |
| Clemmons v. Securitas, Inc.<br><br>Case below:<br>183 N.C. App. ——<br>(5 June 2007) | No. 324P07 | Defs' Motion for Temporary Stay (COA06-1346) | Denied<br>07/11/07 |
| Foster v. Crandell<br><br>Case below:<br>181 N.C. App. 152 | No. 073P07 | 1. Defs' Motion for Temporary Stay (COA05-1140)<br><br><br>2. Defs' Petition for Writ of Supersedeas<br><br>3. Defs' PDR Under N.C.G.S. § 7A-31 | 1. Allowed<br>02/09/07<br>**361 N.C. 352**<br>Stay dissolved<br>08/23/07<br><br>2. Denied<br>08/23/07<br><br>3. Denied<br>08/23/07 |
| Gilbert v. N.C. State Bar<br><br>Case below:<br>180 N.C. App. 690 | No. 041P07 | Def's PDR Under N.C.G.S. § 7A-31 (COA06-194) | Allowed<br>08/23/07 |